UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

SALVADOR HERRERA-QUEVEDO,
Plaintiff,
v.
SAFE STREETS USA LLC,
Defendant.

Case No. 2:26-cv-06788-FLA (MARx)

**ORDER TO SHOW CAUSE WHY ACTION SHOULD NOT BE DISMISSED FOR LACK OF PROSECUTION**

**ORDER**

On July 24, 2026, the court issued an Order Approving Stipulation to Submit Plaintiff's Claims to Arbitration, ordering the parties to submit the matter to arbitration within thirty (30) days of the Order and to file a joint report regarding the status of the arbitration within seven (7) days of submission. Dkt. 11 at 2. The Order further stated that "[f]ailure to submit the matter to arbitration or file joint reports timely may result in sanctions up to and including the dismissal of the action without prejudice or a determination that Defendant has waived its right to arbitrate Plaintiff's claims." *Id.*

On September 10, 2026, the court issued an order requiring a joint status report regarding the status of the arbitration as no join report had yet been filed. Dkt. 12. The parties filed a Joint Status Report on September 15, 2026, stating that Plaintiff has not initiated arbitration and no demand for arbitration has been filed because the parties were discussing resolution. Dkt. 13 at 1–2.

Accordingly, the parties are ORDERED TO SHOW CAUSE, in writing only, within fourteen (14) days from the date of this Order, why this action should not be dismissed for a lack of prosecution. Responses shall be limited to ten (10) pages in length, and a status report stating the matter has been submitted to arbitration shall constitute a sufficient response. Failure to file a response or submit the matter to arbitration within fourteen (14) days from the date of this Order shall result in the dismissal of the action without prejudice or a determination that Defendant has waived its right to arbitrate Plaintiff's claims, without further notice from the court.

IT IS SO ORDERED.

Dated: September 29, 2026

FERNANDO L. AENLLE-ROCHA
United States District Judge